# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trader, Rom A. | United States District Court - District of Hawaii | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (FT) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | State of Hawaii Retirement Pension (defined benefit plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | State of Hawaii (pension) | $124,383.42 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.  AMERICAN SAVINGS BANK OF HAWAII (cash) | A | Interest | J | T | | | | | |
| 3.  HAWAII STATE FEDERAL CREDIT UNION (cash) | A | Interest | N | T | | | | | |
| 4.  ACCOUNT #1 (H) | | | | | | | | | |
| 5.  BANK OF AMERICA NA RASP (CASH) (Y) | | | | | | | | | |
| 6.  ALPHABET INC SHS CL C (GOOG) | | None | K | T | | | | | |
| 7.  AMAZON COM INC (AMZN) | | None | K | T | Buy | 04/21/20 | J | | |
| 8.  | | | | | Buy (add'l) | 09/04/20 | K | | |
| 9.  APPLE INC (APPL) | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 10.  MICROSOFT CORP (MSFT) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 11.  COLUMBIA THERMOSTAT FUND (COTZX) | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 12.  DOUBLELINE SHILLER ENH CAPE FD I (DSEEX) | A | Dividend | | | Buy (add'l) | 01/17/20 | J | | |
| 13.  | | | | | Sold | 03/23/20 | K | | |
| 14.  JANUS HENDERSON ENTERPRISE FUND I (JMGRX) | A | Dividend | J | T | Buy (add'l) | 01/17/20 | J | | |
| 15.  INVESCO OPPENHEIMER DEVELOPING MRKT FD CL Y (ODVYX) | | None | | | Buy | 01/17/20 | J | | |
| 16.  | | | | | Sold | 03/23/20 | J | | |
| 17.  MORGAN STANLEY GRWTH PORT CL I (MSEQX) | A | Dividend | J | T | Buy | 04/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO INVESTMENT GRADE (PBDPX) | A | Dividend | K | T | Buy (add'l) | 09/03/20 | K | | |
| 19. PIMCO INCOME FD CL I2 (PONPX) | A | Dividend | | | Buy | 01/17/20 | J | | |
| 20. | | | | | Sold | 09/02/20 | K | | |
| 21. T ROWE PRICE DIVIDEND (PRDGX) | A | Dividend | J | T | | | | | |
| 22. T ROWE PRICE HLTH SCI FD INV CL (PRHSX) | A | Dividend | J | T | | | | | |
| 23. ACCOUNT #2 (H) | | | | | | | | | |
| 24. BANK OF AMERICA NA RASP (CASH) (Y) | | | | | | | | | |
| 25. ABBOTT LABS (ABT) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 26. AMAZON COM INC (AMZN) | | None | K | T | Buy | 04/21/20 | J | | |
| 27. APPLE INC (APPL) | A | Dividend | K | T | Buy | 04/21/20 | J | | |
| 28. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 29. CLOROX CO DEL COM (CLX) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 30. MICROSOFT CORP (MSFT) | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 31. NVIDIA (NVDA) | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 32. COHEN & STEERS REAL (CSDIX) | A | Dividend | J | T | | | | | |
| 33. FIRST EAGLE GLOBAL CL I (SGIIX) | | None | | | Buy (add'l) | 01/17/20 | J | | |
| 34. | | | | | Sold | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   JANUS HEND BAL FUND I (JBALX) | A | Dividend | K | T | | | | | |
| 36.   JANUS HEND ENT FUND (JMGRX) | A | Dividend | | | Sold | 03/23/20 | J | | |
| 37.   MORGAN STANLEY GRWTH PORT CL I (MSEQX) | C | Dividend | L | T | Buy (add'l) | 01/17/20 | J | | |
| 38.   PIMCO INVESTMENT GRADE (PBDPX) | A | Dividend | J | T | Buy (add'l) | 01/17/20 | J | | |
| 39.   PIMCO INCOME FD CL I2 (PONPX) | A | Dividend | | | Sold | 03/23/20 | K | | |
| 40.   T. ROWE PRICE COMM (PRMTX) | B | Dividend | K | T | | | | | |
| 41.   ACCOUNT #3 (H) | | | | | | | | | |
| 42.   AZL MVP T. ROWE PRICE CAPITAL APP PLUS | | None | M | T | | | | | |
| 43.   ACCOUNT #4 (H) | | | | | | | | | |
| 44.   HONOLULU HAWAII CITY & CNTY SER A RF (438670X30) | B | Interest | K | T | | | | | |
| 45.   ACCOUNT #5 (H) | | | | | | | | | |
| 46.   BLKRK EQ DIV PORT A (MDDVX) (X) | | None | J | T | | | | | |
| 47.   BLKRK EQ DIV PORT C (MCDVX) | | None | | | Sold | 03/31/20 | J | | |
| 48.   FRANKTEMP BALANCED C (FBMCX) | | None | J | T | Buy (add'l) | 01/06/20 | J | | |
| 49. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 50. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 51. | | | | | Sold (part) | 03/31/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 53. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 54. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 55. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 56. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 57. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 58. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 59. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 60. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 61. FRANKTEMP SM MID CAP GR A (X) | None | | K | T | | | | | |
| 62. FRANKTEMP SM MID CAP GR C (FRSGX) | None | | K | T | Buy (add'l) | 01/06/20 | J | | |
| 63. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 64. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 65. | | | | | Sold (part) | 03/31/20 | K | | |
| 66. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 67. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 68. | | | | | Buy (add'l) | 06/03/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 70. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 71. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 72. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 73. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 74. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 75. MAINSTAY LGCAP GRWTH A (MLAAX) (X) | None | | L | T | Buy (add'l) | 12/03/20 | K | | |
| 76. MAINSTAY LGCAP GRWTH C (MLACX) | None | | M | T | Buy (add'l) | 01/06/20 | J | | |
| 77. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 78. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 79. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 80. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 81. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 82. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 83. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 84. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 85. | | | | | Buy (add'l) | 10/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 12/03/20 | L | | |
| 88.    MFS EQUITY PORT C (MRGCX) | None | J | T | | Buy<br>(add'l) | 01/06/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 90. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 91. | | | | | Sold<br>(part) | 03/31/20 | K | | |
| 92. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 95. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 96. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 100. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 101.  PRINCIPAL PLUS PORT A (X) | None | | | | Sold | 12/03/20 | K | | |
| 102.  PRINCIPAL PLUS PORT C | None | | | | Buy | 03/31/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 12/03/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Trader, Rom A.** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Account #3 is an Allianz Vision Bonus Variable Annuity.  The underlying investment is listed in Part VII.

Part VII, Account #5 is a NextGen 529 Account. Underlying investments are listed in Part VII.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rom A. Trader**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544